# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 22, 2023

## NO. 03-23-00228-CR

### Ex parte Adam James Edmund Demirs

**APPEAL FROM THE 27TH DISTRICT COURT OF BELL COUNTY**
**BEFORE JUSTICES BAKER, TRIANA, AND SMITH**
**AFFIRMED -- OPINION BY JUSTICE BAKER**

This is an appeal from the order denying appellant's application for writ of habeas corpus entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the order. Therefore, the Court affirms the trial court's order denying appellant's application for writ of habeas corpus. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.